**IN THE SUPREME COURT OF PENNSYLVANIA**

| | |
|---|---|
| In the Matter of | No. 1578 Disciplinary Docket No. 3 |
| | : |
| WILLIAM JAY GREGG | : No. 210 DB 2009 |
| | : |
| | : Attorney Registration No. 32711 |
| | : |
| PETITION FOR REINSTATEMENT | : (Crawford County) |
| | : |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 2nd day of December, 2022, the Petition for Reinstatement is granted.  Petitioner is ordered to pay the expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement.  *See* Pa.R.D.E. 218(f).